*James H. King et al.* v. *Frank Ray et al.* H. BURDICK, for appellant; J. RHOADES, for respondent. Exceptions to answer for insufficiency. Decided that as to matters which are not within a defendant's own knowledge he must answer both as to his information and belief ; but that any expression which necessarily amounts to a denial of knowledge, information, or belief is sufficient.

That a defendant is bound to show the state of his mind as to the belief or disbelief of every material fact stated in the bill, unless the answer clearly shows that he has neither knowledge or information on the subject.

That it is not a sufficient answer for a defendant to say that " he is ignorant and unable to answer whether the facts are as alleged in the bill."

That the defendant must not merely answer the several charges in the bill literally, but must admit or answer as to the substance of each charge, and not by way of negative pregnant. And that, as a general rule, when the charge in the bill embraces several particulars, the answer should be in the disjunctive denying each particular, or admitting some and denying the others, according to the fact.

Order appealed from reversed with costs ; and exceptions to master's report overruled and report confirmed. Defendant Hensdil to pay costs to be taxed, and put in a further answer within twenty days or bill to be taken as confessed against him.

*In the matter of James Giles, a lunatic.* E. GRAVES, for petitioner; H. H. COZZENS, for Giles and Reynolds. Stipulation relative to the abandonment of the feigned issue set aside, and parties directed to proceed and try such issue ; unless Reynolds, within thirty days, consents to abandon all claims in relation to the property of the lunatic arising out of any dealings with him subsequent to his lunacy, and that the court may by a summary order set aside all such dealings. No costs to either party as against the other, nor to be paid out of the estate.